## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LATOYA RIPPY,                                    :
                                                 :          Case No.   19-cv-01839-JMY
                    *Plaintiff*                   :
                                                 :
        v.                                       :
                                                 :
PUBLIC HEALTH MANAGEMENT                          :
CORPORATION, ET AL.,                              :
                                                 :
                    *Defendants*                  :

## **ORDER**

**AND NOW**, this 19th day of February, 2020, upon consideration of the pending motions (*see* ECF Nos. 42, 47, 48), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that:

(1) Public Health Management Corporation's Partial Motion to Dismiss (ECF No. 42) is **GRANTED** in part and **DENIED** in part, as follows:

    a.  The Motion is **GRANTED** as to the following claims:

        i.  Counts V-XII, to the extent they are asserted against Leslie Gaymon, are **DISMISSED WITH PREJUDICE**;

        ii.  Counts II, V, VI, VIII, and IX, to the extent they are predicated upon race discrimination, are **DISMISSED WITHOUT PREJUDICE**;

        iii.  Count VI is **DISMISSED WITHOUT PREJUDICE**;

        iv.  Counts XI and XII are **DISMISSED WITHOUT PREJUDICE**;

    b.  In all other respects, the Motion is **DENIED**;

(2) Tony Gerard's Motion to Dismiss (ECF No. 47) is **GRANTED**, and Tony Gerard is **DISMISSED WITH PREJUDICE** from this action;

(3) City of Philadelphia's Partial Motion to Dismiss (ECF No. 48) is **GRANTED**, and

Plaintiff's 42 U.S.C. § 1983 claims for discrimination and retaliation (Counts XIII and

XIV) are **DISMISSED WITH PREJUDICE**.

Plaintiff may file a fourth amended complaint, if desired, on or before **March 3, 2020**.

Plaintiff is only permitted leave to amend those claims dismissed *without prejudice* herein, to the

extent she may do so consistent with Federal Rule of Civil Procedure 11.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ Judge John Milton Younge

**Judge John Milton Younge**
