**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


LATOYA RIPPY                          :               CIVIL ACTION
                                      :
                    v.                :
                                      :
PUBLIC HEALTH MANAGEMENT CORP.,  :               NO.  19-1839
et al

## O R D E R

AND NOW, this 15th  day of May, 2020, with consent of all parties in the above-captioned matter, it is hereby **ORDERED** that Defendant(s) LESLE GAYMON, KRISTINE ARRIETA, CHERIE WALKER-BABAN and CITY OF PHILADELPHIA are **DISMISSED** with prejudice.


BY THE COURT:


*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE